**07 CIV 7370**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORGES BANK,

     Plaintiff,

 -against-

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

     Defendants.

No.



---

## RULE 7.1 DISCLOSURE STATEMENT

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Norges Bank ("Norges") certifies that (1) Norges does not have any parent companies, but is owned by the state of Norway; and (2) there is no publicly-held corporation that owns more than 10% of Norges.

 The undersigned, counsel of record for Norges, certifies that they are not aware of any interested parties other than those participating in the case.

Dated: New York, NY
   August 16, 2007

GRANT & EISENHOFER P.A.

By: _____
 Stuart M. Grant (SG-8157)
 James J. Sabella (JS-5454)
 Diane Zilka (DZ-9452)
 Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500

*Attorneys for Plaintiff*